IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01519-MJW

FRIENDS OF ANIMALS,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF FISH AND WILDLIFE SERVICE,

    Defendant.

## STIPULATION OF SETTLEMENT AND DISMISSAL

    Plaintiff Friends of Animals ("Plaintiff") and Defendant United States Department of Fish and Wildlife Service, an agency of the United States Department of the Interior, ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation of Settlement and Dismissal ("Stipulation") in the above-captioned case. Specifically, the Parties stipulate and agree as follows:

### RECITALS

    1.    On December 28, 2015, Plaintiff submitted a Freedom of Information Act request to Defendant seeking records that pertained to the classification of two lion subspecies as endangered and threatened pursuant to the Endangered Species Act ("ESA"). *See* Doc. 2 at 2. Plaintiff also asked for all documents related to the concurrent rule under section 4(d) of the ESA. *Id.*

    2.    On January 4, 2016, Defendant confirmed that it has received Plaintiff's

request. Defendant notified Plaintiff that it would take more than 60 days to complete the request because of the exceptional volume of responsive documents.

3. From March 2016 to May 2017, Defendant made twelve interim releases of responsive documents.

4. On June 22, 2017, Plaintiff filed the instant civil action.

5. On or about July 19, 2017, the Parties reached an agreed upon schedule of production for the remaining responsive records.

6. On August 28, 2017, Defendant released the final set of responsive documents to Plaintiff.

7. On November 8, 2017, the Parties agreed upon the terms of settlement.

## STIPULATION

1. Plaintiff agrees to dismiss the instant civil action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. In consideration for Plaintiff's agreement to Paragraph 1 above, Defendant shall pay Plaintiff the amount of $2,500.00 in full and complete satisfaction of Plaintiff's claims for the attorneys' fees and litigation costs under the FOIA incurred in the above-captioned case.

3. Defendant shall make payment of the total settlement amount, set forth in Paragraph 2 above, by electronic transfer of funds to Plaintiff within thirty (30) days of the dismissal of the above-captioned case (Plaintiff's electronic funds transfer information will be provided separately). Plaintiff's counsel shall cooperate with Defendant to ensure that all documentation required to process this payment is complete and accurate and submitted sufficiently in advance to allow for payment processing within thirty days of dismissal.

4.     This Stipulation of Settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, the United States Department of the Interior, the United States Fish and Wildlife Service, their agents, servants, employees, or officers, and is entered into by the Parties for the purpose of compromising disputed claims and avoiding the expense and risks of further litigation.

5.     This Stipulation contains the entire agreement between the Parties hereto and supersedes any and all previous agreements, whether written or oral, between the Parties relating to the subject matter hereof.  No promise or inducement has been made except as set forth herein, and no representation or understanding, whether written or oral, that is not expressly set forth herein shall be enforced or otherwise be given any force or effect in connection herewith.

6.     The Parties acknowledge that the preparation of this Stipulation was collaborative in nature, and thereby agree that any presumption or rule that an agreement is construed against its drafter shall not apply to the interpretation of this agreement or any term or provision hereof.

7.     This Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same agreement.  A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

8.     Upon execution of this Stipulation by all Parties hereto, the Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the Parties and their respective heirs, personal representatives, administrators, successors, and assigns.  Each

signatory to this Stipulation represents and warrants that he or she is fully authorized to enter into this Stipulation on behalf of his or her client.

9. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for the Parties shall constitute a dismissal of the instant civil action, with prejudice.

Respectfully submitted this 8th day of November, 2017.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael Harris<br>Michael Ray Harris<br>Director, Wildlife Law Program<br>Friends of Animals<br>7500 E. Arapahoe Road, Suite 385<br>Centennial, CO 80112<br>Phone: (720) 949-7791<br>Email: Michaelharris@friendsofanimals.org<br><br>*Attorney for Plaintiff Friends of Animals* | ROBERT C. TROYER<br>Acting United States Attorney<br><br>/s/ Marisela D. Sandoval<br>Special Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: (303) 454-0100<br>Fax: (303) 454-0404<br>Email: Marisela.Sandoval@usdoj.gov<br><br>*Counsel for Defendant* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on this 8th day of November, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael Harris
Michaelharris@friendsofanimals.org

              s/ *Marisela D. Sandoval*
              United States Attorney's Office